**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Shaquille Robinson and Anthony Swinger, Defendants,

Of whom Shaquille Robinson is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2022-001049

────────────

Appeal From Anderson County
Karen F. Ballenger, Family Court Judge

────────────

Unpublished Opinion No. 2023-UP-061
Submitted February 10, 2023 – Filed February 13, 2023

────────────

**AFFIRMED**

────────────

Robert Mills Ariail, Jr., of Law Office of R. Mills Ariail, Jr., of Greenville; and Nima Fiuzat, of Clemson, both for Appellant.

Gregory Lee Cole, Jr., of Cox & Cole, Attorneys at Law, of Williamston, as Guardian ad Litem for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

John Marshall Swails, Jr., of Greenville, for the Guardian ad Litem for the minor child.

---

**PER CURIAM:** Shaquille Robinson appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022). Upon a thorough review of Robinson's pro se response, the record, and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Robinson's counsel.

**AFFIRMED.**[1]

**THOMAS, MCDONALD, and HEWITT, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.